# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:02CV385

| | |
|---|---|
| ASPEX EYEWEAR, INC., et al., )<br>Plaintiffs )<br> )<br>vs. )<br> )<br>UNITED SYNTEK CORPORATION, d/b/a )<br>JONATHAN CATE EYEWEAR, )<br>Defendant. )<br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Parties' Joint Motion for Extension of Deadlines" (Document No. 31), filed August 2, 2005. For good cause shown, this Court will grant the Joint Motion.

**IT IS, THEREFORE, ORDERED** that the "Parties' Joint Motion for Extension of Deadlines" (Document No. 31) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Pretrial Order, filed on March 7, 2003 and as amended May 2, 2005, is hereby amended as follows:

1. Reports from retained experts will be due by August 20, 2005. Rebuttal reports from retained experts will be due by September 20, 2005.

2. All discovery shall be completed no later than November 7, 2005.

3. All motions except motions in limine and motions to continue shall be filed no later than December 15, 2005.

4. Mediation shall be completed with the filing of a report with the results on or before February 1, 2006.

**Signed: August 10, 2005**

_____
David C. Keesler
United States Magistrate Judge