UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-cv-385

| | | |
|---|---|---|
| ASPEX EYEWEAR, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **REFERRAL ORDER** |
| | ) | |
| UNITED SYNTEK CORPORATION, | ) | |
| d/b/a Jonathan Cate Eyewear, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk is hereby directed to refer Defendant United Syntek's Motion for Summary

Judgment (Doc. No. 33) to the assigned magistrate judge for purposes of issuing a memorandum

and recommendation.

**IT IS SO ORDERED.**


Signed: January 31, 2007


Robert J. Conrad, Jr.
Chief United States District Judge

1