# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:02 CV 385

| | |
|---|---|
| ASPEX EYEWEAR, INC., et. al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  **ORDER**<br>) |
| UNITED SYNTEK CORPORATION,<br>d/b/a Jonathan Cate Eyewear | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **June 12, 2007** prepared to summarize the status of this case and to argue any pending motions. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **June 12, 2007** for a Status and Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: May 9, 2007

David C. Keesler
United States Magistrate Judge