# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ASPEX EYEWEAR, INC., <br> MANHATTAN DESIGN STUDIO, INC. <br> CONTOUR OPTIK, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> vs. <br><br> UNITED SYNTEK CORPORATION, <br> d/b/a JONATHAN CATE EYEWEAR, <br><br> Defendant/Counterclaim Plaintiff. | Case No.: 3:02 CV-385 |

## ORDER

Upon motion by Plaintiffs and for good cause shown, it is hereby GRANTED that Jenny Slocum is allowed to appear *pro hac vice* in the above-referenced matter.

Signed: August 14, 2007

David C. Keesler
United States Magistrate Judge