I.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

_____

| | |
|---|---|
| ASPEX EYEWEAR, INC., ) | |
| MANHATTAN DESIGN STUDIO, INC. ) | |
| CONTOUR OPTIK, INC., ) | |
| ) | |
| Plaintiffs/Counterclaim Defendants, ) | Case No.:02 CV-385 |
| ) | |
| vs. ) | |
| ) | |
| UNITED SYNTEK CORPORATION, ) | |
| d/b/a JONATHAN CATE EYEWEAR, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |
| ) | |

_____

## ORDER

Upon motion by Plaintiffs and for good cause shown, it is hereby GRANTED that Jeffrey

Lindenbaum is allowed to appear *pro hac vice* in the above-referenced matter.


Signed: August 14, 2007


_____

David C. Keesler
United States Magistrate Judge