# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:02-CV-385-RJC-DCK

| | |
|---|---|
| ASPEX EYEWEAR, INC., et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED SYNTEK CORPORATION, ) | |
| d/b/a Jonathan Cate Eyewear, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. At a Status and Motions Hearing on July 17, 2007, the undersigned granted "Plaintiffs' Combined Motion For Extension Of Deadlines Contained In The Court's August 10, 2005 Order, And Motion To Compel Discovery" (Document No. 35) and then instructed the parties to submit a new proposed scheduling order. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

The undersigned will adopt the parties' proposed order with minor modification. Scheduling dates shall be strictly adhered to unless otherwise ordered by the Court and the undersigned notes that further extensions in this matter are unlikely short of extraordinary circumstances.

**IT IS, THEREFORE, ORDERED** that the schedule for this case is revised as follows:

| | |
|---|---|
| Deadline to Amend/Supplement Pleadings | August 31, 2007 |
| Close of Fact Discovery | November 30, 2007 |
| Close of Expert Discovery | December 15, 2007 |
| Deadline for Report on Mediation | December 31, 2007 |

| | |
|---|---|
| Deadline for Parties to Exchange Disputed Claim Terms | January 15, 2008 |
| Deadline for Parties to Meet and Confer to Attempt to Limit Disputed Claim Terms | January 21, 2008 |
| Plaintiffs' Markman Brief | February 15, 2008 |
| Defendant's Responsive Markman Brief | March 14, 2008 |
| Plaintiffs' Reply Markman Brief | April 4, 2008 |

**IT IS FURTHER ORDERED** that dates for a Markman hearing, dispositive motions deadline and trial will be set by the Court at a later date, as necessary.

**SO ORDERED**.

Signed: August 24, 2007

David C. Keesler
United States Magistrate Judge