IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:02cv385

| | |
|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., ) ) ) Plaintiffs, ) ) vs. ) ) UNITED SYNTEK CORPORATION ) and JONATHAN CATE, INC., ) ) Defendant. ) ) | O R D E R |

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Adjourn the Markman[1] Hearing [Doc. 76], filed March 14, 2008.

The Court finds for the reasons stated in the unopposed motion that it should be granted. The parties have agreed to reschedule the hearing for April 25, 2008.

**IT IS, THEREFORE, ORDERED** that the Motion to Adjourn the Markman Hearing is hereby **GRANTED** and this matter is rescheduled for April 25, 2008.

---

[1]Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996).

The Clerk of Court is instructed to reschedule the hearing and send a separate notice thereof.

Martin Reidinger
United States District Judge

Signed: March 21, 2008