IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:02cv385

| | |
|---|---|
| ASPEX EYEWEAR INC., <br> MANHATTAN DESIGN STUDIO, INC., <br> CONTOUR OPTIK, INC., and <br> ASAHI OPTICAL CO., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED SYNTEK CORPARTION, <br> d/b/a JONATHAN CATE EYEWEAR, <br><br> Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Notice of Settlement [Doc. 87], in which the parties advise the Court that this matter has been settled.

Based upon the parties' representations, **IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **July 25, 2008**.

Signed: June 26, 2008

Martin Reidinger
United States District Judge