# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:02cv385

| | |
|---|---|
| **ASPEX EYEWEAR INC.,** )<br>**MANHATTAN DESIGN STUDIO, INC.,** )<br>**CONTOUR OPTIK, INC., and** )<br>**ASAHI OPTICAL CO., LTD.,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**UNITED SYNTEK CORPARTION,** )<br>**d/b/a JONATHAN CATE EYEWEAR,** )<br>)<br>**Defendant.** )<br>)  | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Status Report and Motion for Extension of Deadline to File Stipulation of Dismissal [Doc. 89], in which the parties request the Court extend the order for a stipulation of dismissal to August 25, 2008.

Based upon the parties' request, **IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **August 25, 2008, but no further extensions will be granted**.

Signed: July 28, 2008

Lacy H. Thornburg
United States District Judge